# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GUSTAVO D. MONROY,

    Petitioner,

v.

R. FISHER, Junior (Warden),

    Respondent.

No. SA CV 18-02044-VBF-JDE

**ORDER**

Adopting the R&R;
Denying the Habeas Petition;
Directing Entry of Judgment;
Terminating the Case (JS-6)

    The Magistrate Judge issued an Amended Report and Recommendation ("R&R") on April 23, 2019. *See* CM/ECF Document ("Doc") 13. Petitioner has not objected within the time allotted by Local Rule 72-3.4, and Fed. R. Civ. P. 72(b)(3) requires de novo review only of those parts of an R&R to which a party has timely objected. *See Khan v. Langford*, 2018 WL 1271204, *1 (C.D. Cal. Mar. 8, 2018) (citing, *inter alia*, *US v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc)). But the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that when no timely objection is filed, the Court should review the R&R "for clear error on the face of the record." *Juarez v. Katavich*, 2016 WL 2908238 at *2 (cite omitted); *accord Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc); *Benitez v. Parmer*, 654 F. App'x 502, 503 (2d Cir. 2016) ("Because Benitez thus made only a general objection, the

1

district court reviewed the 2013 R&R for clear error.") (citing, *inter alia*, Adv. Comm. Notes to 1983 Am. of Fed. R. Civ. P. 72(b)).

On de novo or clear-error review, the Court finds no defect of law, fact, or logic in the R&R. Accordingly, the Court will accept the Magistrate Judge's findings and conclusions and implement the R&R's recommendations.

ORDER

**The Report and Recommendation [Doc # 13] is ADOPTED.**

**The petition for writ of habeas corpus [Doc # 1] is DENIED.**

This action is DISMISSED with prejudice.

As required by Fed. R. Civ. P. 58(a), judgment will be a separate document.

The Court will also rule on a certificate of appealability by separate order.

The case SHALL BE TERMINATED and closed (JS-6).

IT IS SO ORDERED.

DATED: August 7, 2019

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
Senior United States District Judge