# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GUSTAVO D. MONROY,

    Petitioner,

v.

R. FISHER, Junior (Warden),

    Respondent.

No. SA CV 18-02044-VBF-JDE

**FINAL JUDGMENT**

**Final judgment is hereby entered in favor of the respondent and against petitioner Gustavo D. Monroy.**

IT IS SO ADJUDGED.

DATED: August 7, 2019

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
Senior United States District Judge

JS-6